Kira N. Barrett (SBN: 029778)
J. William VanDehei (SBN: 035832)
**GORDON REES SCULLY MANSUKHANI, LLP**
Two North Central Avenue Suite 2200
Phoenix, AZ 85004
Telephone: (602) 794-2484
Facsimile: (602) 265-4716
wvandehei@grsm.com

*Attorneys for Defendants Accor Management US Inc. and FMT Scottsdale Owner, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Emily Berg,<br><br>                  Plaintiff,<br><br>vs.<br><br>Accor Management US Inc., a Delaware corporation; FMT Scottsdale Owner, LLC, a foreign LLC; John and Jane Does I–X; Black and White Partnerships I–X; and ABC Corporations I–X,<br><br>                  Defendants. | CASE NO. _____<br><br>**NOTICE OF REMOVAL** |

Defendants Accor Management US Inc. and FMT Scottsdale Owner, LLC, hereby submit their Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and Local Rule of Civil Procedure 3.6, for the following reasons:

**I.    Commencement & Service**

Plaintiff originally filed this action in the Superior Court for Maricopa County, Arizona, on October 10, 2023, under case number CV2023-015764. *See* Exhibit 3. Copies of the Summons, Complaint, and Certificate of Compulsory Arbitration were served on the respective statutory agents for both Accor and FMT on October 16, 2023. *See* Exhibit 5. Accordingly, this Notice of Removal is filed timely as required by 28 U.S.C. § 1446(b). *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999) (30-day removal period runs from proper service under state law).

## II. Grounds for Removal

This is a civil action between citizens of different states where the amount in controversy exceeds $75,000, exclusive of costs and interest. Defendants therefore are entitled to remove the state court action to this Court. *See* 28 U.S.C. §§ 1332, 1441.

### A. Complete Diversity Citizenship Exists Between the Parties.

At all times relevant to this action, Plaintiff is resident of a Nevada County, California. *See* Exhibit 3 at ¶ 1. Defendant Accor is a Delaware corporation with its principal place of business in National Harbor, Maryland. *See id.* at ¶ 4; Exhibit 7. Defendant FMT is a Delaware limited liability company and therefore assumes the citizenship of its parent corporation. *See NewGen, LLC v. Safe Cig, LLC*, 840 F.3d 606, 612 (9th Cir. 2016). FMT is a subsidiary of Strategic Hotels & Resorts, Inc., a Maryland corporation whose principal place of business is in Baltimore, Maryland. *See* Exhibit 3 at ¶ 5; Exhibit 8 at 2. Complete diversity therefore exists between the Parties as required by § 1332(a)(1).

### B. The Amount in Controversy Exceeds $75,000.

Defendants "bear[] the burden of establishing, by a preponderance of the evidence, that the amount in controversy exceeds" $75,000. *See Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398, 404 (9th Cir. 1996); 28 U.S.C. § 1446(c)(2)(B). Though Plaintiff does not specify the amount of damages sought in the Complaint, she does allege that her claim falls with tier 2 pursuant Arizona Rule of Civil Procedure 26.2. *See* Exhibit 3 at 1. Under Rule 26.2(c)(3), Tier 2 encompasses "[a]ctions claiming more than $50,000 and less than $300,000 in damages."

Upon information and belief, based on statements by Plaintiff's counsel, Plaintiff still is undergoing medical treatment and will be seeking approximately $200,000 in lost wages in addition to past and future medical expenses and general damages. The amount in controversy therefore exceeds $75,000 as required by § 1332(a). *See Valdez v. Allstate Ins. Co.*, 372 F.3d 1115, 1117 (9th Cir. 2004) ("the amount-in-controversy inquiry in the removal context is not confined to the face of the complaint.").

### III. Venue

Removal to this venue is appropriate because the District of Arizona embraces the Maricopa County Superior Court where Plaintiff initially filed this action. *See* 28 U.S.C. §§ 1441, 1446.

### IV. Notice

Contemporaneous with filing this Notice, Steinolfson has provided Plaintiff with written notice of this filing. Steinolfson also has filed a notice of the filing of this Notice of Removal with the Maricopa County Superior Court Clerk as required by 28 U.S.C. §1446(d) and Local Rule of Civil Procedure 3.6(a).

### V. State Court Record

Copies of all state court pleadings and orders are attached to this Notice of Removal. Pursuant to Local Rules of Civil Procedure 3.6(b), Defendants attach, and incorporate by reference, true and correct copies of all the pleadings and other documents that were previously filed with the state court. *See* Exhibit 1, State Court Docket; Exhibit 2, Summons; Exhibit 3, Complaint; Exhibit 4, Certificate of Compulsory Arbitration; Exhibit 5, Service Affidavits; and Exhibit 6, Notice of Appearance.

Respectfully submitted this 15th day of November, 2023.

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ J. William VanDehei*
Kira N. Barrett
J. William VanDehei
*Attorneys for Defendants Accor Management US Inc. and FMT Scottsdale Owner, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all of the registered CM/ECF registrants on this matter. Copies also were emailed to:

James D. Sparks
**SPARKS LAW GROUP, PLLC**
4742 N 24th Street, Suite 340
Phoenix, Arizona 85016
jsparks@sparkslg.com
docketing@sparkslg.com
*Attorney for Plaintiff*


*/s/* Z. Seyferth

**Gordon Rees Scully Mansukhani, LLP**
Two North Central Avenue Suite 2200
Phoenix, AZ 85004