Kira N. Barrett (SBN: 029778)
J. William VanDehei (SBN: 035832)
**GORDON REES SCULLY MANSUKHANI, LLP**
Two North Central Avenue Suite 2200
Phoenix, AZ 85004
Telephone: (602) 794-2460
Facsimile: (602) 265-4716
knbarrett@grsm.com
wvandehei@grsm.com
*Attorneys for Defendants Accor Management US Inc. and FMT Scottsdale Owner, LLC*

**Gordon Rees Scully Mansukhani, LLP**
**Two North Central Avenue Suite 2200**
**Phoenix, AZ 85004**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Emily Berg,

Plaintiff,

vs.

Accor Management US Inc., a Delaware corporation; FMT Scottsdale Owner, LLC, a foreign LLC; John and Jane Does I–X; Black and White Partnerships I–X; and ABC Corporations I–X,

Defendants.

**CASE NO. CV-23-02398-PHX-SMB**

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Defendants Accor Management US Inc. and FMT Scottsdale Owner, LLC, hereby submit this Corporate Disclosure Statement in compliance with the provisions of Federal Rule of Civil Procedure 7.1(a)(2), and hereby declare as follows:

1. Defendant Accor is a Delaware corporation with its principal place of business in National Harbor, Maryland.
2. Defendant FMT is a Delaware limited liability company that formerly was a subsidiary of Strategic Hotels & Resorts, Inc., a Maryland corporation whose principal place of business was in Baltimore, Maryland. FMT's sole member now is Strategic Hotel Funding, a Delaware limited liability company, whose

Gordon Rees Scully Mansukhani, LLP
Two North Central Avenue Suite 2200
Phoenix, AZ 85004

principal place of business is in Chicago, Illinois.

3. Defendants understand and believe, based on consultations with Plaintiff's counsel, that Plaintiff is preparing to dismiss FMT from this matter.

Defendants will file a supplemental disclosure statement upon any change in the information provided herein.

Respectfully submitted this 20th day of November 2023.

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ J. William VanDehei*
Kira N. Barrett
J. William VanDehei
*Attorneys for Defendants Accor Management US Inc. and FMT Scottsdale Owner, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all of the registered CM/ECF registrants on this matter. Copies also were emailed to:

James D. Sparks
**SPARKS LAW GROUP, PLLC**
4742 N 24th Street, Suite 340
Phoenix, Arizona 85016
jsparks@sparkslg.com
ahansen@sparkslg.com
docketing@sparkslg.com
*Attorney for Plaintiff*

*/s/ Diane Archie*