# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Emily Berg, | No. CV-23-02398-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Accor Management US Incorporated, | |
| Defendant. | |

**IT IS ORDERED** granting the parties' Stipulated Motion to Dismiss with Prejudice (Doc. 22). This case is dismissed, with prejudice, each party shall bear their own costs and attorneys' fees.

Dated this 27th day of January, 2025.

James A. Teilborg
Senior United States District Judge